JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROBINSON,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES VETERAN ADMINISTRATION,<br><br>   Defendants. | Case No. CV 15-01490 DDP (MRWx)<br><br>**ORDER OF DISMISSAL** |

 THE COURT having ordered the Plaintiff to show cause in writing, not later than June 15, 2017, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

 THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

 The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 23, 2017

             DEAN D. PREGERSON
             United States District Judge